UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CROSSFIRE MARKETING,

    Plaintiff,

v.                                          CASE NO: 8:04-cv-2755-T-23TGW

HARTFORD FIRE INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

The plaintiff files a "notice of settlement fo case and notice of voluntary dismissal with prejudice" (Doc. 33).  Accordingly, the notice (Doc. 33) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**.  Rule 41(a), Federal Rules of Civil Procedure.  The Clerk shall (1) terminate all pending motions and (2) close the file.

ORDERED in Tampa, Florida, on June 12, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy